In the Matter of the Application of MARY E. LANDER, Respondent, v. THE VILLAGE OF ELMSFORD, Appellant.— Decision of the motion to dismiss appeal reserved until the hearing of the appeal from the order. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

ELIZABETH MARTIN, as Administratrix, etc., Respondent, v. SAMUEL A. HERZOG, Appellant, and Another, Defendant.— Motion denied, with ten dollars costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

MICHAEL J. MURPHY, Appellant v. YONKERS NATIONAL BANK, Respondent.— Motion granted, with ten dollars costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

NEW ROCHELLE COAL AND LUMBER COMPANY, Respondent, v. STUART REALTY COMPANY, Appellant.— Motion denied, without costs. Present, — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRENNAN, Appellant.— Motion denied. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANKLIN H. KALBFLEISCH COMPANY, Respondent.— Motions denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM KOROTKIN, Appellant.— Motion granted on default. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

JOEL T. RICE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Motion for stay denied, without costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

LULU V. RICE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Motion for stay denied, without costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

FRED SEYFORD, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

BEATRICE C. SHIVERICK, Appellant, v. SEYMOUR W. BONSALL, Respondent.— Motion for stay denied. Motion denied, without prejudice to a renewal of the motion before Mr. Justice Morschauser for a resettlement of the case, dispensing with the printing of certain exhibits, and without prejudice to renewal in this court, if the parties can reach a stipulation as to printing the exhibits. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

WILLIAM SHALALA, Appellant, v. HADDOCK MINING COMPANY, Respondent.— Motion denied. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

WILLIAM SHALALA, Appellant, v. PLYMOUTH COAL COMPANY, Respondent.— Motion denied. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.